Steven R. Andrade, Esq.
Andrade Law Offices
211 Equestrian Ave.
Santa Barbara, CA 93101
Ph: (805) 962-4944
Fx: (805) 963-1483
contact@andrade4law.com
Attorney for Plaintiff,
A.W., a minor, by and through his
guardian ad litem Angolene Weighill

Stephanie A. Bowen, Esq.
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Tel: (805) 544-3830
Fax: (805) 544-5329
bowen@hhc-slo.com
Attorney for Defendants,
Lompoc Unified School District, Heather Anderson, Cythia Ravelin, Brian Jaramillo, Tisha Quam, Trevor McDonald, Dr. John Karbula, Anthony Merrill Winters

Gregory L. Myers, Esq.
Law Office of Gregory L. Myers
1500 W. Shaw Ave., Suite 204
Fresno, CA 93711
gmyers@fresno-law.com
Attorney for Defendant,
Arthur Leroy Carlos

JS-6

FILED
CLERK, U.S. DISTRICT COURT

03-25-2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFONIA

| | |
|---|---|
| A.W., A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM ANGOLENE WEIGHILL,<br><br>Plaintiff,<br><br>vs.<br><br>LOMPOC UNIFIED SCHOOL DISTRIC, ARTHUR LEROY CARLOS, HEATHER ANDERSON, CYNTHIA RAVALIN, BRIAN JARAMILLO, TISHA QUAM, TREVOR MCDONALD, DR. JOHN KARBULA, ANTHONY MERRILL WINTERS AND DOES 1 TO 30,<br><br>Defendant | Case No.: 2:19-CV-09250-DDP (MAAx)<br><br>ORDER FOR DISMISSAL<br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

//

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Date: 3-24-22

Steven R. Andrade, Esq.
Andrade Law Offices
211 Equestrian Ave.
Santa Barbara, CA 93101
Ph: (805) 962-4944
Fx: (805) 963-1483
contact@andrade4law.com
Attorney for Plaintiff,
A.W., a minor, by and through his
guardian ad litem Angolene Weighill

Date: 3/25/22

Stephanie A. Bowen, Esq.
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Tel: (805) 544-3830
Fax: (805) 544-5329
bowen@hhc-slo.com
Attorney for Defendants,
Lompoc Unified School District, Heather
Anderson, Cythia Ravelin, Brian Jaramillo,
Tisha Quam, Trevor McDonald, Dr. John
Karbula, Anthony Merrill Winters

Date: 3/25/2022

Gregory L. Myers, Esq.
Law Office of Gregory L. Myers
1500 W. Shaw Ave., Suite 204
Fresno, CA 93711
gmyers@fresno-law.com
Attorney for Defendant,
Arthur Leroy Carlos

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated here against all parties, is hereby dismissed with prejudice.

Date: March 25, 2022

*/s/ Dean D. Pregerson*

HONORABLE DEAN D. PREGERSON
JUDGE
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 3